JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDINAUZA LASKY, | CV 20-05062 PA (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| TOYOTA MOTOR CREDIT CORPORATION d/b/a/ LEXUS FINANCIAL SERVICES, | |
| Defendants. | |

Pursuant to the Court's June 22, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 22, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE